**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Eslendy Karolain Calderon Molina,

Plaintiff,

v.

Markwayne Mullin, et al.,

Defendants.

No. CV-26-02128-PHX-SMM

**ORDER**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 24), filed on October 13, 2026. Therefore, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action has been dismissed without prejudice, each side to bear its own attorneys' fees and costs.

Accordingly,

**IT IS ORDERED dismissing** this case without prejudice, each side to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** dismissing all pending motions as moot. (Docs. 7, 17).

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action in its entirety.

Dated this 14th day of October, 2026.

Stephen M. McNamee
Senior United States District Judge